Frederick E. JENKINS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42347.

Missouri Court of Appeals,
Western District.

Aug. 7, 1990.

Daniel Miller, Sp. Public Defender, Jacqueline K. McGreevy, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM:

Defendant appeals from the dismissal of Rule 29.15 motion for post-conviction relief for untimely filing of the pro se motion.

The judgment is affirmed. Rule 84.16(b).

Edward H. PENNINGTON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42439.

Missouri Court of Appeals,
Western District.

Aug. 7, 1990.

Daniel C. Miller, Sp. Public Defender, Jacqueline K. McGreevy, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 29.15 motion for post-conviction relief, without an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).